1  James L. Blair, #016125
   Randy L. Kingery, #022913
2  **RENAUD COOK DRURY MESAROS, PA**
   One North Central, Suite 900
3  Phoenix, Arizona 85004-4417
   (602) 307-9900 Telephone
4  (602) 307-5853 Facsimile
   jblair@rcdmlaw.com
5  rkingery@rcdmlaw.com

6  Attorneys for *Defendant **NCO Financial Systems, Inc.***

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                       **FOR THE DISTRICT OF ARIZONA**
9
10 Karl Peipelman,                    |        **No. CIV-09-206-TUC-RCC**

                  Plaintiff,          |
11
                                      |        **NOTICE OF SETTLEMENT**
   v.                                 |
12
                                      |        *(Assigned to The Honorable*
13 NCO Financial Systems, Inc.,       |        *Raner C. Collins)*

                  Defendant.          |
14  _____  |

15      NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above-

16 captioned matter.  The parties anticipate the filing of a Stipulation to Dismiss with prejudice

17 within the next thirty days.  Accordingly, defendant requests that the Court vacate the upcoming

18 case management hearing.

19      **RESPECTFULLY SUBMITTED** this 2nd  day of June, 2009.

20                                        **RENAUD COOK DRURY MESAROS, PA**

21
22                          By: */s/ Randy L. Kingery*
                                    James L. Blair
23                                  Randy L. Kingery
                             One North Central, Suite 900
24                           Phoenix, AZ  85004-4417
                             Attorneys for *Defendant NCO Financial Systems,*
25                            *Inc.*

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CIV-09-206-TUC-RCC)          [2478-0027]          @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;523326;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2ND day of June, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Raner C. Collins
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 5170
Tucson, AZ  85701-5051

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CIV-09-206-TUC-RCC)          [2478-0027]          @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;523326;1