1  James L. Blair, #016125
   Randy L. Kingery, #022913
2  **RENAUD COOK DRURY MESAROS, PA**
   One North Central, Suite 900
3  Phoenix, Arizona 85004-4417
   (602) 307-9900 Telephone
4  (602) 307-5853 Facsimile
   jblair@rcdmlaw.com
5  rkingery@rcdmlaw.com

6  Attorneys for *Defendant NCO Financial Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Karl Peipelman, | |
|---|---|
| Plaintiff, | **No. CIV-09-206-TUC-RCC** |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| NCO Financial Systems, Inc., | |
| Defendant. | *(Assigned to The Honorable Raner C. Collins)* |

The parties hereto, through their undersigned counsel, stipulate and agree that Plaintiff's claims herein against defendant, NCO FINANCIAL SYSTEMS, INC., are hereby dismissed ***with prejudice***, the parties to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this  30TH  day of July, 2009.

**WEISBERG & MEYERS, LLC**

By: */s/Marshall Meyers (with permission)*
    Marshall Meyers
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CIV-09-206-TUC-RCC)     [2478-0027]     @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;525720;1

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
   James L. Blair
   Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
Attorneys for *Defendant NCO Financial
   Systems, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Raner C. Collins
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 W. Congress Street, Suite 5170
Tucson, AZ  85701-5051

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CIV-09-206-TUC-RCC)        [2478-0027]        @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;525720;1